UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
UNITED STATES OF AMERICA :
:
:
v. : No. 12 Cr. 121 (RJS)
:
TODD NEWMAN and :
ANTHONY CHIASSON, : **NOTICE OF MOTION**
Defendants. :
:
:
:
------------------------------ x

      **PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, dated October 3, 2012, defendant Anthony Chiasson, by and through his counsel, shall move this Court *in limine*, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on October 23, 2012 or as soon thereafter as may be determined by the Court, for an Order, pursuant to Federal Rules of Evidence 401-403, excluding from trial evidence of Mr. Chiasson's specific compensation amounts, and for such other relief as the Court deems just and proper.

      Dated: October 3, 2012

Respectfully submitted,

STEPTOE & JOHNSON LLP

 */s/ Reid H. Weingarten*_____
Reid H. Weingarten
Erik L. Kitchen
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
(202) 429-3000

Michelle L. Levin
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900

MORVILLO LLP

 */s/ Gregory Morvillo*_____
Gregory Morvillo
One World Financial Center
200 Liberty Street, 27th Floor
New York, NY 10017
(212) 379-2081

*Attorneys for Anthony Chiasson*