UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                                    :
UNITED STATES OF AMERICA                            :
                                                    :
           v.                                       :
                                                    :   Case No. 12 Cr. 121 (RJS)
TODD NEWMAN, and                                    :
ANTHONY CHIASSON,                                   :
                                                    :
                                                    :
           Defendants.                              :
-------------------------------------------------------x

## NOTICE OF DEFENDANT ANTHONY CHIASSON'S MOTION IN LIMINE

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, defendant Anthony Chiasson will move this Court, before the Honorable Richard J. Sullivan, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, on a date set by the Court, for an Order granting Mr. Chiasson's motion *in limine* and excluding certain trial exhibits identified by the government.

Dated: New York, New York
       October 3, 2012

                                    Respectfully submitted,
                                    STEPTOE & JOHNSON, LLP

                                    By:   /s/ *Reid H. Weingarten*
                                            Reid H. Weingarten

                                    Reid H. Weingarten
                                    Erik L. Kitchen
                                    1330 Connecticut Avenue, N.W.
                                    Washington, D.C. 20036-1795
                                    (202) 429-3000

Michelle L. Levin
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900


MORVILLO LLP

By:  /s/ *Gregory Morvillo*
         Gregory Morvillo

Gregory Morvillo
One World Financial Center
200 Liberty Street, 27th Floor
New York, NY 10017
(212) 796-6330

*Attorneys for Defendant Anthony Chiasson*