UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA                                   :
:
v.                                        :   No. 12 Cr. 121 (RJS)
:
TODD NEWMAN and                                            :
ANTHONY CHIASSON,                                          :   **NOTICE OF MOTION**
             Defendants.                                   :
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law, dated October 3, 2012, defendant Anthony Chiasson, by and through his counsel, shall move this Court *in limine*, before the Honorable Richard J. Sullivan, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on October 23, 2012 or as soon thereafter as may be determined by the Court, for an Order directing the Government to strike allegations regarding erroneously calculated profits from the superseding indictment, excluding references before the jury to such erroneously calculated profits, and requiring the Government to make an offer of proof regarding alleged profits, and for such other relief as the Court deems just and proper.

Dated:  October 3, 2012               Respectfully submitted,

                                              STEPTOE & JOHNSON LLP

                                              */s/ Reid H. Weingarten*_____
                                              Reid H. Weingarten
                                              Erik L. Kitchen
                                              1330 Connecticut Avenue, N.W.
                                              Washington, D.C. 20036-1795
                                              (202) 429-3000

                                              Michelle L. Levin
                                              1114 Avenue of the Americas
                                              New York, NY 10036
                                              (212) 506-3900

                                              MORVILLO LLP

                                              */s/ Gregory Morvillo*_____
                                              Gregory Morvillo
                                              One World Financial Center
                                              200 Liberty Street, 27th Floor
                                              New York, NY 10017
                                              (212) 379-2081

                                              *Attorneys for Anthony Chiasson*