MEMO ENDORSED

One World Financial Center
27th Floor
New York, NY 10281
(212) 796-6330


MORVILLO LLP

1101 17th Street, NW
Suite 1006
Washington, DC 20036
(202) 470-0330

www.morvillolaw.com

GREGORY MORVILLO
(212) 796-6340
GMORVILLO@MORVILLOLAW.COM

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 3-11-13

March 11, 2013

**Via Electronic Mail**

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 905
New York, New York 10007

Re: *United States v. Todd Newman and Anthony Chiasson*, S2 12 CR 121 (RJS)

Dear Judge Sullivan:

As your Honor is aware, I represent Anthony Chiasson in the above-captioned matter. Mr. Chiasson seeks the Court's permission to travel to Sarasota, Florida for family vacation on Sunday, March 17, 2013, returning Monday, March 25, 2013. Mr. Chiasson will be travelling with his wife, his eight-year-old son and infant daughter. This vacation will be the family's first since February 2011.

Mr. Chiasson proposes staying at the Longboat Key Club located at 220 Sands Point Road in Longboat Key, Florida. Mr. Chiasson will have his cellular telephone with him at all times. Accordingly, he can be reached either via his mobile phone at (917) 572-3830, or via the hotel phone at (888) 237-5545.

I have discussed Mr. Chiasson's travel request with the United States Attorney's Office for the Southern District of New York, the United States Probation Department, and the United States

Pretrial Services Department and I have been informed that the government has no objection to Mr. Chiasson's travel plans.

Should the Court require further discussion of this request we are available at its convenience.

Respectfully,

Gregory Morvillo

cc: Assistant U.S. Attorney Antonia Apps (via e-mail)
U.S. Pretrial Services Officer Nichole Brown-Morin (via e-mail)

SO ORDERED

Dated: 3/11/13

RICHARD J. SULLIVAN
U.S.D.J.